Wagar v City of Rochester (2023 NY Slip Op 03159)

Wagar v City of Rochester

2023 NY Slip Op 03159

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ.

542 CA 22-00681

[*1]JUSTIN WAGAR, PLAINTIFF-APPELLANT,
v
CITY OF ROCHESTER, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. (ACTION NO. 1.)
WADE R. REMINGTON AND NICHOL P. DEATON, AS ADMINISTRATOR OF THE ESTATE OF JASON C. REGATUSO, DECEASED, PLAINTIFFS-APPELLANTS,
v
CITY OF ROCHESTER, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. (ACTION NO. 2.) 

JOHN J. FROMEN, ATTORNEYS AT LAW, P.C., SNYDER, MAGAVERN MAGAVERN GRIMM LLP, BUFFALO (EDWARD J. MARKARIAN OF COUNSEL), FOR PLAINTIFF-APPELLANT JUSTIN WAGAR.
ROBERT HILTZIK, JERICHO, FOR PLAINTIFFS-APPELLANTS WADE R. REMINGTON AND NICHOL P. DEATON, AS ADMINISTRATOR OF THE ESTATE OF JASON C.

 Appeals from a judgment of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered March 21, 2022. The judgment, inter alia, granted the motion of defendant City of Rochester for summary judgment and dismissed the complaints against it. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court